UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VERNON KREMER,<br><br>    Petitioner,<br><br>    vs.<br><br>D. SMITH, et al.,<br><br>    Respondents.<br>_____/ | 1:08-cv-1711 DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

 IT IS SO ORDERED.

**Dated:   December 4, 2008**             /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE