IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VERNON KREMER,<br><br>                    Petitioner,<br><br>v.<br><br>D. SMITH, et al.,<br><br>                    Respondent(s). | ) CASE NO. 1:08-cv-1711-DLB HC<br>)<br>) ORDER GRANTING RESPONDENT'S<br>) FIRST MOTION FOR EXTENSION OF<br>) TIME TO RESPOND TO PETITION<br>)<br>) (DOCUMENT #11)<br>)<br>) DEADLINE: FEBRUARY 24, 2009<br>)<br>) |

On February 6, 2009, respondent requested a 15-day extension of time to file his response to Stringer's petitioner under 28 U.S.C. § 2241.  IT IS HEREBY ORDERED, that respondent's request for a 15-day extension is granted.  The response is now due February 24, 2009.

IT IS SO ORDERED.

Dated:    **February 9, 2009**                    **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1